# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-01721- RM-KLM

JAY FEDER JEWELERS, LIMITED LIABILITY COMPANY,
a Colorado limited liability company,

    Plaintiff,

and

YISROEL MARC FEDER, an individual;
DEVORAH FEDER, an individual;
JACOB FEDER, an individual; and
ISIDORE FULD, an individual,

    Counterclaim Defendants,

v.

BULOW JEWELERS, LLC, a Colorado limited liability company;
AVRAHAM BULOW;
STEPHANIE RAUB; and
KANDICE TEMMEN,

    Defendants/Counterclaimants.

---

## ORDER OF ADMINISTRATIVE CLOSURE
---

This case has been stayed since December 7, 2018, to allow certain parties to arbitrate. (ECF No. 80.) This matter is now before the Court on the parties' Joint Status Report (ECF No. 90) advising the timetable for the Ben Din panel's decision is still unknown. All parties request that the Court continue to stay this litigation until the Beth Din arbitration panel has issued its decision. In light of the parties' continued request for an indefinite stay, the Court finds that

administrative closure is more appropriate. D.C.COLO.LCivR 41.2 ("A district judge…may order the clerk to close a civil action administratively subject to reopening for good cause."); *Quinn v. CGR*, 828 F.2d 1463, 1465 & n. 2 (10th Cir. 1987) (When a case is administratively closed, the closure generally operates as "the practical equivalent of a stay."). Accordingly, it is

ORDERED that this case is ADMINISTRATIVELY CLOSED subject to reopening for good cause.

DATED this 15th day of May, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge